UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR250 (JBA) |
| KIERA KEENE | : | December 20, 2007 |

## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Comes now, defendant, Kiera Keene, through undersigned counsel, Paul F. Thomas, and hereby requests a modification of the conditions of supervised release so as to waive urinalysis testing. In support of this motion, Ms. Keene states the following grounds:

1) On November 20, 2001, Ms. Keene was sentenced to one month of incarceration to be followed by a period of home confinement, pursuant to electronic monitoring.

2) United States Probation Officer Joseph Zampano reports that Ms. Keene has been compliant with all her conditions of Supervised Release and does not object to the waiving of urinalysis testing.

3) Assistant United States Attorney Anthony Kaplan takes no position with respect to this motion.

Respectfully submitted,

THE DEFENDANT,
KIERA KEENE

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: December 20, 2007         /s/
Paul F. Thomas
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar no.: ct01724
Email: paul.thomas@fd.org

- 2 -

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE has been mailed to Anthony Kaplan, Assistant United States Attorney, 157 Church Street, 23rd Fl, New Haven, CT 06510, on this 19th day of December 2007.

        /s/
        Paul F. Thomas