UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : NO. 3:01CR 250 (JBA) |
| **KIERA KEENE** | : |

ENDORSEMENT ORDER

Defendant's motion to modify conditions of supervised release to eliminate urinalysis testing is GRANTED, on consent from United States Probation Office and absent objection from the Government.

IT IS SO ORDERED:

_____/S/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut :   January 2, 2008